Argued and submitted May 24, affirmed July 8, 2004

In the Matter of the Compensation of
Guillermina Hernandez, Claimant.

Guillermina HERNANDEZ,
*Petitioner,*

*v.*

SAIF CORPORATION,
*Respondent.*

02-0180M; A120541

93 P3d 96

Aukjen T. Ingraham filed the brief for petitioner.

Alice M. Bartelt argued the cause and filed the brief for respondent.

Before Edmonds, Presiding Judge, and Wollheim and Schuman, Judges.

PER CURIAM

Affirmed. *Goddard v. Liberty Northwest Ins. Corp.*, 193 Or App 238, 89 P3d 1215 (2004).